```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF NORTH CAROLINA
```

PAMELA F. BEILER,           )
                            )
          Plaintiff,        )
v.                          )         CASE NO.: 1:13cv871
                            )
PENTAGON FEDERAL            )
CREDIT UNION,               )
          Defendant.        )

## ORDER

This matter is before the court on the parties' Consent Motion to Stay Proceedings Pending Completion of Settlement Documentation (Doc. 49). The court has reviewed the parties' Consent Motion and notes that the parties have reached an agreement to resolve the litigation in its entirety and require additional time to complete the settlement documentation, settlement terms, and necessary filings.

IT IS THEREFORE ORDERED that the parties' Consent Motion to Stay Proceedings Pending Completion of Settlement Documentation (Doc. 49) is GRANTED, and the proceedings in this matter are stayed until July 2, 2015.

                                    /s/   Thomas D. Schroeder
                                    United States District Judge

June 4, 2015